ARLEO LAW FIRM, PLC
ELIZABETH J. ARLEO (CASB No. 201730)
1762 Main Street, Suite E, PMB 133
Ramona, CA 92065
Telephone: 760/789-8000
760/789-8081 (fax)
Email: elizabeth@arleolaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES PARKER CADDELL, II, | ) | CASE NO. 09-CV-2455 BEN CAB |
| Plaintiff, | ) | NOTICE OF SETTLEMENT |
| vs. | ) | |
| ACCOUNTS RECEIVABLE MANAGEMENT, INC. | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, CHARLES PARKER CADDELL, II, by and through his undersigned counsel and hereby informs the court that the terms of a settlement have been reached whereby full compensation will be made in approximately 90 days. Plaintiff anticipates filing a voluntary dismissal with prejudice on or about April 18, 2010 upon completion of terms.

                                                                      s/ Elizabeth J. Arleo
                                                                  ELIZABETH J. ARLEO

Counsel for Plaintiff