ARLEO LAW FIRM, PLC
ELIZABETH J. ARLEO (CASB No. 201730)
1762 Main Street, Suite E, PMB 133
Ramona, CA 92065
Telephone: 760/789-8000
760/789-8081 (fax)
Email: elizabeth@arleolaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES PARKER CADDELL, II, | CASE NO. 09-CV-2455 BEN CAB |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| ACCOUNTS RECEIVABLE MANAGEMENT, INC. | |
| Defendant. | |

NOW COMES the Plaintiff, CHARLES PARKER CADDELL, II, by and through his undersigned counsel and hereby dismisses, with prejudice, all claims made by Plaintiff against Defendant, Accounts Receivable Management, Inc. in his Complaint in this matter.

                                                   s/ Elizabeth J. Arleo
                                                ELIZABETH J. ARLEO

                                                Counsel for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 27, 2010, I electronically filed the foregoing pleading and that a copy of the foregoing document has been served this day upon:

**1.      Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elizabeth J Arleo**
  elizabeth@arleolaw.com

**2.      Manual Notice List**

The following is the list of attorneys who are *not* on the list to receive e-mail notices for this case (who therefore require manual noticing).

   Thomas S. Novak, III
   ACCOUNTS RECEIVABLE MANAGEMENT, INC.
   155 Mid Atlantic Parkway
   Thorofare, New Jersey 08086

   James R. Bedell, Attorney at Law
   4800 Wells Fargo Center
   90 South Seventh Street
   Minneapolis, MN 55402

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 27, 2010.

                                           s/ Elizabeth J. Arleo
                                          ELIZABETH J. ARLEO